JESUS JAIME PERALTA MORALES
1790 N LOMA MARIPOSA, D26
NOGALES AZ 85621
(623) 235-0713



# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

JESUS JAIME PERALTA MORALES,

    Plaintiff,

v.

US IMMIGRATION AND CUSTOMS
ENFORCEMENT ICE,

    Defendant(s).

CASE NUMBER:

CV-23-213-TUC-JCH

COMPLAINT

## Jurisdiction

This court has jurisdiction over this matter pursuant to 28 USC & 1331, 1332, 1346, 1367, 2201, 2202, 2671-2680 8 USC $1252(g) FEDERAL TORT CLAIM §§ 42 U S C & 1983 ARIZONA STATE (A &1983 CLAIM. The plaintiff is a resident of NOGALES, Santa Cruz County, AZ and a citizen of the United States. The defendant, US IMMIGRATION AND CUSTOMS ENFORCEMENT ICE, is a resident of TUCSON, AZ and a citizen of the United States. The cause of action arose in the Tucson division.

## Complaint

The Plaintiff was detained on October 14 2016 with federal charges, after being fighting his case in County after 12 months he finally got discharged of all charges he was innocent for the federal charges agasinst him, about to be released to his family, ICE wrongfully pick him up and remove him to mexico, he was o Legal Permanent Resident.

## Demand

money damages are requested, any relief that the court seems proper, the Plaintiffs Legal Permanent Residency back,, defendants oral declaration of violation of plaintiffs civil Rights. **Damages: $700000 dls** Ther Plaintiffs has a lot of propierty loossess in the US and Mexico, The Defendants cause Family Separation with an Adoptive Daughter with medical Hart needs. The Plaintiff wants a trial by jury.

Date: 04/03/2023                    Jesus Jaime Peralta Morales

Signature of Pro Se Plaintiff
JESUS JAIME PERALTA MORALES
1790 N LOMA MARIPOSA, D26
NOGALES, AZ 85621
(623) 235-0713

### Things To Remember:

1. As the Plaintiff, you must sign and declare under penalty of perjury that any facts given are correct.

2. If you need additional space to answer a question(s), you may use additional blank pages.

3. The Complaint should not contain legal arguments or citations.

4. The granting of In Forma Pauperis status does not relieve you of the costs associated with service of the Complaint. You may seek authorization from the Court to obtain service of process without prepayment of the U.S. Marshal fee by filing a motion.

5. You must provide an original Complaint and a copy for the judge. If you wish to have a file stamped copy for yourself, you must provide an additional copy. If you are printing your documents from the public terminal in the Clerk's office, the first copy is free of charge and additional printed copies will require a fee of $.10 per page. Additional copies made by the clerk will be $.50 per page.

Submit the originals and copies of all filings to the appropriate division of the District of Arizona at the following addresses:

**FOR PHOENIX AND PRESCOTT DIVISION CASES**

Sandra Day O'Connor U.S. Courthouse
401 West Washington St., Suite 130, SPC 1
Phoenix, AZ  85003

**FOR TUCSON DIVISION CASES**

Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 1500
Tucson, AZ  85701

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of

Division

Jesus Jaime Peralta Morales
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

U.S. Immigration and Customs Enforcement.
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

Jury Trial Requested by The Plaintiff

28 USC § 1331, 1332, 1367, 2201, 2202
1346, 2671-2680

8 USC § 1252(g); Fed. Tort. Claim

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jesus Jaime Peralta Morales
Address: 1790 N Loma Mariposa Apt. 026
Nogales, AZ 85621
County: Santa Cruz County
Telephone Number: +52 631 158 2002
E-Mail Address: eprisphoenix22@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: US Immigration and Customs Enforcement (ICE)
Job or Title: Office of the Principal Legal Advisor
Address: District Court Litigation Division
500 12th Street, SW, Mail Stop 5900
Washington, DC, 20536
County:
Telephone Number: (202) 732-5000
E-Mail Address: ICE.gov
☐ Individual capacity  ☒ Official capacity

**Defendant No. 2**
Name: Tae. O Johnson (ICE)
Job or Title: Acting Director / Office of the Principal Legal Advisor / District Court Litigation Division
Address: 500 12th Street, SW, Mail Stop 5900
Washington, DC, 20536
County:
Telephone Number: (202) 732-5000
E-Mail Address: ICE.gov
☒ Individual capacity  ☒ Official capacity

Defendant No. 3
    Name                        None
    Job or Title (if known)
    Address
                                _____City_____  _____State_____  _____Zip Code_____

    County
    Telephone Number
    E-Mail Address (if known)
                                ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name                        None
    Job or Title (if known)
    Address
                                _____City_____  _____State_____  _____Zip Code_____

    County
    Telephone Number
    E-Mail Address (if known)
                                ☐ Individual capacity    ☐ Official capacity

II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

   A.   Are you bringing suit against *(check all that apply)*:

        ☒ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

   B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        28 U.S.C § 1331, 1332, 1367, 2201, 2202, 8 USC § 1252(g)
        28 USC § 1346  2671-2680  Fed. Tort Claim

   C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

_4th Amendment, 5th Amendment, 8th Amendment_

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_See Attachments._

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

_Arizona, USA._

B. What date and approximate time did the events giving rise to your claim(s) occur?

_October 14th 2016 — December 19th 2017_

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_See Attached Accounts._

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*See Attachments*

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. Money Damages are Requested
2. Any Relief that the Court Seems Proper
3. Plaintiffs Permanent Residency Status back
4. Defendants oral declaration of Violation of Plaintiffs Constitutional
5. Rights.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/03/2023

Signature of Plaintiff: Jesus Jaime Peralta Morales
Printed Name of Plaintiff: Jesus Jaime Peralta Morales

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
            City        State        Zip Code
Telephone Number: N/A
E-mail Address: N/A

-4-

Facts.

On October 14, 2016 The Plaintiff was wrongfully Detained and facing charges like Possession of 36000 lbrs of Marihuana, Intent to sale cocaine about 7000 lbs Knowing he was inocent, he was in county about 12 months, while that time was running the US government offer the Plaintiff to pleed guilty with 25, 15, 10 years servin federal prision time. The Plaintiff never accepted those pleeds instead he waith for the Court where the Judge Discharge all the charges that the plaintiff was facing.

He was realesed and declared Inocent at court he was about to see his Family and for unknown Reasons, The Defendants appear and arrest the Plaintiff and they drove him to a unknown jail where he wait for more than 48 hrs; The Defendants violated the plaintiffs 4th Amendment of the US Constitution, He was moved to an Immigration Detention where he was Exhausted, Depress, and Not Knowing what was happening, The Immigration Judge offered him Voluntary Departure, The Plaintiff

//
//

COMPLAINT
PAGE ___ OF ___   [JDC TEMPLATE – Rev. 05/2017]

The Plaintiff accept the Voluntary Departure without no person explain to him the real consequenses and Because he served 12 months in county and 1 month in Immigration Detention, he sign.
 and he was removed hisself in a particular o private car to Mexico.

The Plaintiff was a Legal Permanent Resident he was not illegally in the US; The plaintiff Results Not convicted of any of the charges that he was facing

The Plaintiff Respectfully Request to the court to file this lawsue and to have the opportunity to be heard that he didn't have those days.


Jesus Jaime Peralta Morales
 The Plaintiff.
 04/03/2023


//
//

COMPLAINT
PAGE ___ OF ___   [JDC TEMPLATE – Rev. 05/2017]

-1-

A) Jurisdiction:

1. 28 USC §2675(a) and 28 CFR §14.2(a) under the Federal Tort Claims Act. Money Damages Requested for violations of Plaintiffs Constitutional 4th Amendment.

2. Under Bivens v. Six Unknown Federal Narcotic Agents 403 U.S. 388 (1971) under the state of Arizona for money damages.

3. Pursuant 28 USC §1367 and 1332 for Diversity of Nationality, the omissions on which the Agency incurred they occurred in Arizona, E.U.

4. Pursuant 8 USC §1252(g) this court has Jurisdiction See, Anaya Arce v United States, No. 16-56706 (9th Cir.)

//
//

COMPLAINT
PAGE ___ OF ___  [JDC TEMPLATE -- Rev. 05/2017]

-4-

B) Cause of Action

Count 1

Federal Tort claim.

"Unlawful Detention, False Arrest, False Imprisonment" a 4th Amendment Constitutional Violation". Illegal seizure

The Plaintiff was wrongfully Detained by the Defendants; He was 12 months causing several Damages on plaintiffs life, Monetary compensation is Requested under Federal Tort. claim. Pursuant 28 USC §1367 Personal Injury.

Plaintiff's exhaust all his Administrative Remedies

No prior legal Actions

//
//

COMPLAINT
PAGE ___ OF ___  *[JDC TEMPLATE – Rev. 05/2017]*

-4-

Count 2   28 USC § 1367
Negligence, Gross Recklessness,
Federal Tort claim

Physical, mental, emotional pain, he was privated of his freedom after been Discharge at court

He lost wages, properties, in the US and Mexico, including his family and his childrens. Mental Damage he lost his family and wife.

Monetary Damages/compensation Requested.
Exhausted Admon. Remedies.

No Prior actions

//
//

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]

Count 3

Intentional Infliction of Emotional Distress.

Federal Tort claim Pursuant 28 USCA § 1346

Omissions on plaintiffs Process, No explanations abuse of Authority, No Discretion was applied.

After being Fighting for his Rights 12 months in County. The Defendants. Knew that plaintiff was not convicted, his continue arrest, cause on him emotional Distress, Depression, Anxiety. Money compensation Requested.

Exhaust all Admon. Remedies

No prior actions.

//
//

COMPLAINT
PAGE ___ OF ___  [JDC TEMPLATE – Rev. 05/2017]

- 1 -

County

## Due Process Clause a 5th Amendment Violation

The Plaintiff did not have a clear explanation of what happened and the consequences of his voluntary Departure. The Agency failed in having process the plaintiff legaly.

Plaintiff didn't know where he was detained, why??
He was removed in a private car by hisself.

Monetary compensation Requested.

All Admon Remedies exhausted by Plaintiffs.

No Prior Actions

//
//

COMPLAINT

PAGE ___ OF ___  [JDC TEMPLATE – Rev. 05/2017]

-4-

## Count 5.
### Abuse of Process, Malicius Prosecution

The Plaintiff was not convicted
The Defendants should not Detain Plaintiff.
- Monetary Compensation Requested
- All Admon Remedies exhausted.
- No Prior Actions.

## Count 6.
### 4th Amendment Constitution Violation
### Illegal Seizure.

The Plaintiff was privated of his Freedom.
Money Damages Requested
All Admon Remedies Exhausted
No prior actions.

//
//

COMPLAINT
PAGE ___ OF ___  [JDC TEMPLATE – Rev. 05/2017]