# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Jaime Peralta Morales,<br><br>   Plaintiff,<br><br>v.<br><br>United States Immigration and Customs Enforcement, et al.,<br><br>   Defendants. | NO. CV-23-00213-TUC-JCH (PSOT)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed June 22, 2023, judgment is entered against plaintiff for lack of jurisdiction and failure to state a claim.  Plaintiff to take nothing, and the complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

June 22, 2023

By   s/ B. Cortez
     Deputy Clerk